No. 11–9394. SCARBOROUGH v. CHASE HOME FINANCE, LLC. Super. Ct. Pa. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 1008] denied. JUSTICE ALITO took no part in the consideration or decision of this motion.

No. 11–9459. OPONG-MENSAH v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [566 U. S. 1019] denied.

No. 11–9696. LEWELLYN ET VIR, ON BEHALF OF J. L. ET AL. v. SARASOTA COUNTY SCHOOL BOARD. C. A. 11th Cir. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* [567 U. S. 904] denied.

No. 11–10630. DURONIO v. UNITED STATES. C. A. 3d Cir.; and
No. 11–10768. DURONIO v. WERLINGER, WARDEN. C. A. 3d Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 22, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of these motions.